


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

**Exhibit 1**

**CASE NUMBER**
TA13CR19TA0047

**CASE OPENED**
5/20/2019

**CURRENT CASE TITLE**
GFV TONO JESUS - May 11, 2019, 3 Ecuadorians, 870 KGS Cocaine

**REPORT TITLE**
Post Arrest Interview of Jorge Luis BONE LINDAO - May 30, 2019.

**REPORTED BY**
Mario Rodriguez
SPECIAL AGENT

**APPROVED BY**
Richard Dunn
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
6/5/2019

**SYNOPSIS**

Homeland Security Investigations (HSI) Tampa, in conjunction with the Coast Guard Investigative Service (CGIS), the Drug Enforcement Administration (DEA), Tampa District Office and the Federal Bureau of Investigation (FBI), Tampa are currently conducting Operation Panama Express (PANEX). PANEX is a federally approved Organized Crime Drug Enforcement Task Force (OCDETF), Strike Force. The strike force and the personnel assigned to it investigate drug trafficking organizations (DTO)/transnational criminal organizations (TCO) responsible for the maritime transportation, illegal importation and distribution of cocaine from Colombia, South America to the United States (U.S.) and elsewhere.

An aircraft sighted two go fast vessels (GFV) approximately 420 nautical miles south of Mexico. Coast Guard Cutter CGC MUNRO (MUN) intercepted the two GFV. MUN personnel found four (4) Mexicans and an unusual amount of fuel on the first GFV . MUN found approximately 870 kilograms of cocaine on the second GFV named TONO JESUS. The three Ecuadorians on TONO JESUS were held as detainees pending prosecution in the MDFL. This ROI details the post-arrest interview of Jorge BONE LINDAO.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| GFV TONO JESUS - May 11, 2019, 3 Ecuadorians, 870 KGS Cocaine | TA13CR19TA0047-004 | 6/5/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

LINDAO-00004

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

## DETAILS OF INVESTIGATION

On May 30, 2019, S/A Mario D. Rodriguez (HSI) and S/A Mickey Miller (HSI) conducted a post arrest interview of Jorge Luis BONE LINDAO (hereinafter BONE-LINDAO) concerning his interdiction by the CGC MUMRO on or about May 11, 2019. Prior to the commencement of the interview, BONE-LINDAO declined to have the Ecuadorian Consulate's Office notified on his behalf and declined to have the interview recorded. The forms used to document the declination are being kept inside the case file. BONE-LINDAO was also provided with an "Advice of Rights" ICE form 73-025 in Spanish (see attached), which was read aloud by S/A Rodriguez. BONE-LINDAO stated he understood his rights, both verbally and in writing, and requested to speak with the agents without an attorney present. This form is also being kept inside the case file. BONE-LINDAO provided the following information:

- BONE-LINDAO stated that his mother was sick and that in that he wanted to help with her care. In order to take care of her, he needed money to build a separate bedroom in his house. Because oh his mother's medical condition, the bedroom needed to have a tile floor, air conditioning, and an in-suite bathroom. BONE-LINDAO stated that building this bedroom was expensive and that he did not have the funds to complete the project. BONE-LINDAO stated that in order to acquire the funds required to build the bedroom, he went to a place in his hometown where drugs were being sold and got a job selling drugs in personal use quantities. His employer at that place was a Colombian woman whose first name was Patricia aka "Patty".
- While selling drugs he was approached by an unknown man (hereinafter UNM#1). UNM#1 asked why BONE-LINDAO was selling drugs. BONE-LINDAO explained his mother was sick and he wanted to build a room for her. UNM#1 told BONE-LINDAO that he could provide him with a job that would pay for the construction job all at once. UNM#1 also said that this job would be safer than selling drugs on the street. UNM#1 wrote down BONE-LINDAO's number and left.
- On or about April 10, 2019, an unknown man (hereinafter UNM#2) called BONE-LINDAO and asked him if he was willing to transport drugs. BONE-LINDAO answered in the affirmative and agreed to meet the man the following day. BONE-LINDAO met UNM#2 in Guayaquil, Ecuador. UNM#2 explained the job to BONE-LINDAO. According to UNM#2, the job transporting the drugs at sea would take approximately five days to complete, the drugs would be delivered near Mexico, and that BONE-LINDAO would be paid $35,000.00 USD for his part in the venture. BONE-LINDAO agreed to do the job, UNM#2 paid BONE-LINDAO $2,000.00 USD as up-front payment for his role on the venture, and BONE-LINDAO agreed to be in Esmeralda the following day.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| GFV TONO JESUS - May 11, 2019, 3 Ecuadorians, 870 KGS Cocaine | TA13CR19TA0047-004 | 6/5/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

LINDAO-00005

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/05/2019 11:57 EDT
Page 3 of 4

- On or about April 12, 2019, BONE-LINDAO left his hometown of Libertad, Ecuador, and traveled by bus to Esmeralda, Ecuador. On the way to Esmeralda, the bus stopped in Guayaquil, Ecuador. During that stop BONE-LINDAO met a man who went by the name "JACK". JACK accompanied BONE-LINDAO the rest of the way to Esmeralda.
- BONE-LINDAO stayed in Esmeralda from approximately April 13 to April 28, at two different hotels. During this time the man he knew as JACK would check in on him periodically. JACK would make sure he had food an paid for his lodging. On April 28, JACK moved BONE-LINDAO to a hotel in Atacames, Ecuador, where he stayed until May 3. On May 3, 2019, JACK picked up BONE-LINDAO from the hotel in Atacames and took him to a port where an unknown man (UNM#3) was waiting for him. UNM#3 was in charge of dispatching the GFV TONO JESUS. GFV TONO JESUS was already at the port when BONE-LINDAO arrived but it did not contain cocaine. BONE-LINDAO's co-defendants where already on board the GFV TONO JESUS waiting for him. UNM#3 ordered BONE-LINDAO to board the GFV TONO JESUS and they began their trip.
- According to BONE-LINDAO, GFV TONO JESUS had to go through an estuary before reaching open sea. Once they reached open sea, they traveled approximately fifteen miles (15) away from shore when they stopped and received eight bales of cocaine from another GFV. BONE-LINDAO could not describe anybody on that vessel because it was already dark when they received the cocaine. BONE-LINDAO stated whey traveled approximately another twenty (20) miles when they received the barrels that contained cocaine, also at dark. With the cocaine on board, the GFV TONO JESUS departed en route to Mexico. According to BONE-LINDAO, the route and refuel points where pre-programmed into the GPS on board the GFV TONO JESUS.
- S/A Rodriguez asked BONE-LINDAO who was the captain on board GFV TONO JESUS. According to BONE-LINDAO, Paul (known to agents as Rony Paul ALAVA MENDOZA) and Gordo (known to agents as Geovanny Manuel TOMALA ASCENCIO) both told him that they were all co-captains for the trip. According to BONE-LINDAO, Paul and Gordo showed him how to use the GPS and how to drive the GFV TONO JESUS. During the trip BONE-LINDAO stated Paul approached him and asked him how much he was getting paid. Sometime thereafter Gordo also approached him and asked the same question.
- According to BONE-LINDAO they received fuel on five (5) separate occasions. BONE-LINDAO believes all refuel vessels where Ecuadorian GFV. During the third refuel stop, the members of the refuel GFV ordered them to report using the satellite phone on board the GFV TONO JESUS. BONE-LINDAO did not notice either Paul or Gordo use the satellite phone.
- BONE-LINDAO stated they where approximately seven (7) miles from the meet point when they noticed a small airplane overhead. They had stopped seven miles short because they did not want to wait at the meet point. BONE-LINDAO stated that the plane flew over them a few times and then left. Since the plane left they decided to keep waiting at the same point. It was already getting dark when BONE-LINDAO and his co-defendants noticed a helicopter flying over them. Shortly after they noticed the helicopter a small USCG vessel arrived at their location and apprehended them with the cocaine. S/A Rodriguez asked how

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| GFV TONO JESUS - May 11, 2019, 3 Ecuadorians, 870 KGS Cocaine | TA13CR19TA0047-004 | 6/5/2019 |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




**DEPARTMENT OF HOMELAND SECURITY**

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

BONE-LINDAO was planning to return to Ecuador and BONE-LINDAO replied UNM#2 had told him that the GFV that picked up the cocaine would take him to Mexico and that the Mexicans would arrange for his return. BONE-LINDAO also stated that he and his co-defendants talked several times about the bad luck of being apprehended only a short distance from the meet point.

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| GFV TONO JESUS - May 11, 2019, 3 Ecuadorians, 870 KGS Cocaine | TA13CR19TA0047-004 | 6/5/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE                                  LINDAO-00007

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.